AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLER, GRAY H. | 2. Court or Organization<br><br>U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report<br><br>05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>BOB CASEY U. S. COURTHOUSE<br>515 RUSK AVE<br>HOUSTON, TX 77002 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | USS Cavalla Historical Foundation |
| 2. | Member of the Board | Federal Bar Association - Southern District of Texas |
| 3. | Member of the Advisory Board | National Alliance on Mental Illness (NAMI) of Greater Houston |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLER, GRAY H.** | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLER, GRAY H.** | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Amegy Bank Account | | None | K | T | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. Specialty Foods Group LLC CL 1 | | None | | | Sold | 10/23/18 | J | | |
| 4. Specialty Foods Group LLC CL 2 | | None | | | Sold | 10/23/18 | K | | |
| 5. Specialty Foods Group Income T/U | | None | J | T | | | | | |
| 6. Brokerage Account #2 (H) | | | | | | | | | |
| 7. Fidelity Govt Cash Reserves (FDRXX) (X) | A | Dividend | M | T | | | | | |
| 8. DFA One Yr Fixed Inc PRTF I (DFIHX) | A | Dividend | | | Buy | 03/07/18 | L | | |
| 9. | | | | | Sold<br>(part) | 03/09/18 | J | | |
| 10. | | | | | Sold | 11/01/18 | L | | |
| 11. Raymond James Bank Deposit Program (Y) | | | | | | | | | |
| 12. American Funds Inflation Linked Bond Fund Class F2 (BFIGX) | A | Dividend | | | Sold | 03/05/18 | J | | |
| 13. American Funds Capital Income Builder Fund Class F2 (CAIFX) | | None | | | Sold | 03/05/18 | M | | |
| 14. Tax Exempt Bond Fund of America Class F2 (TEAFX) | A | Dividend | | | Sold | 01/04/18 | K | | |
| 15. Bond Fund of America Cl F2 (ABNFX) | | None | | | Sold | 01/04/18 | J | | |
| 16. IRA #1 (H) | | | | | | | | | |
| 17. Fidelity Govt Cash Reserves (FDRXX) | B | Dividend | M | T | Open | 02/21/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  AQR Large Cap Multi Style Fd R6 (QCERX) | D | Dividend | L | T | Buy | 03/06/18 | L | | |
| 19. | | | | | Sold (part) | 09/26/18 | K | A | |
| 20.  Bridgeway Omni Small Cap Val (BOSVX) | E | Dividend | M | T | Buy | 03/06/18 | N | | |
| 21. | | | | | Sold (part) | 09/26/18 | L | D | |
| 22.  DFA Global Real Estate Sec Port (DFGEX) | C | Dividend | L | T | Buy | 03/06/18 | M | | |
| 23. | | | | | Sold (part) | 09/26/18 | K | B | |
| 24.  DFA Intl Core Equity (DFIEX) | B | Dividend | K | T | Buy | 03/06/18 | L | | |
| 25. | | | | | Sold (part) | 09/26/18 | J | | |
| 26.  DFA US Core Equity II (DFQTX) | D | Dividend | M | T | Buy | 03/06/18 | N | | |
| 27. | | | | | Sold (part) | 09/26/18 | L | C | |
| 28.  DFA Emerging Mrkts Core EQU Port (DFCEX) | B | Dividend | L | T | Buy | 03/06/18 | M | | |
| 29. | | | | | Sold (part) | 09/26/18 | J | | |
| 30.  DFA Intl Small Cap Val (DISVX) | D | Dividend | L | T | Buy | 03/06/18 | M | | |
| 31. | | | | | Sold (part) | 09/26/18 | K | | |
| 32.  DFA Intl Value Port III (DFVIX) | D | Dividend | L | T | Buy | 03/06/18 | M | | |
| 33. | | | | | Sold (part) | 09/26/18 | K | | |
| 34.  Stoneridge Alt Lending Risk Prem I (LENDX) | C | Dividend | L | T | Buy | 04/03/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/12/18 | K | A | |
| 36. Stoneridge Reinsurance Risk Prem Interval (SRRIX) | B | Dividend | L | T | Buy | 03/20/18 | M | | |
| 37. | | | | | Sold (part) | 11/17/18 | J | | |
| 38. American Express Centrn CD (02587DN20) | C | Dividend | M | T | Buy | 03/08/18 | M | | |
| 39. Morgan Stanley Bk NA UT CD (61747MP21) | B | Dividend | M | T | Buy | 03/15/18 | M | | |
| 40. State Bk India New York NY CD (856285KEO) | B | Dividend | M | T | Buy | 03/22/18 | M | | |
| 41. State Bk India New York NY CD (856285KQ3) | B | Dividend | M | T | Buy | 03/29/18 | M | | |
| 42. Wells Fargo Bank Natl Assn CD (949763PA8) | B | Dividend | M | T | Buy | 03/14/18 | M | | |
| 43. Raymond James Bank Deposit Program (Y) | | | | | | | | | |
| 44. Invesco Equally Weighted S & P 500 Fund Class Y (VADDX) | D | Dividend | | | Sold | 03/06/18 | N | E | |
| 45. Allianzgi Global Water Fund Class P (AWTPX) | C | Dividend | | | Sold | 03/06/18 | L | C | |
| 46. American Funds Developing World Growth and Income FD CL F2 (DWGHX) | B | Dividend | | | Sold | 03/06/18 | N | F | |
| 47. American Funds Capital World Gr & Inc Fd Cl F2 (WGFIX) | D | Dividend | | | Sold | 03/06/18 | M | D | |
| 48. American Funds Europacific Growth Fund Cl F2 (AEPFX) | D | Dividend | | | Sold | 03/06/18 | N | E | |
| 49. American Funds Intl Growth & Inc Fd CL F2 (IGFFX) | C | Dividend | | | Sold | 03/06/18 | M | D | |
| 50. MFS Mid Cap Value Fund Class I (MCVIX) | D | Dividend | | | Sold | 03/06/18 | M | E | |
| 51. MFS Blended Research Core Eq Fd Cl I (MUSEX) | D | Dividend | | | Sold | 03/06/18 | M | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. First Trust Dow Jones Internet (FDN) | | None | | | Sold | 03/07/18 | L | E | |
| 53. First TR NASDAQ100 Tech Index SHS (QTEC) | A | Dividend | | | Sold | 03/07/18 | L | E | |
| 54. First Trust ETF II Indls Prod Durable Alphadex Fund Annual (FXR) | A | Dividend | | | Sold | 03/07/18 | L | D | |
| 55. First Tr ETF VI NASDAQ BK ETF (FTXO) | A | Dividend | | | Sold | 03/07/18 | L | D | |
| 56. IRA #2 (H) | | | | | | | | | |
| 57. Fidelity Govt Cash Reserves (FDRXX) (X) (Y) | | | | | | | | | |
| 58. DFA Diversified Fix Inc Port Instl (DFXIX) | B | Dividend | L | T | Buy | 03/06/18 | L | | |
| 59. | | | | | Sold (part) | 11/01/18 | J | | |
| 60. Invesco Equally Weighted S & P 500 Fund Class Y (VADDX) | A | Dividend | | | Sold | 03/06/18 | J | B | |
| 61. Allianzgi Global Water Fund Class P (AWTPX) | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 62. American Funds Developing World Growth and Income FD CL F2 (DWGHX) | A | Dividend | | | Sold | 03/06/18 | J | B | |
| 63. American Funds Capital World Growth & Inc Fd Cl F2 (WGIFX) | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 64. American Funds Europacific Growth Fund Cl 2 (AEPFX) | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 65. American Funds Intl Growth & Inc Fd Cl F2 (IGFFX) | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 66. MFS Mid Cap Value Fund Class I (MCVIX) | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 67. MFS Blended Research Core Eq Fd Cl I (MUSEX) | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 68. First Trust Dow Jones Internet (FDN) | | None | | | Sold | 03/07/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First TR NASDAQ100 Tech Index SHS (QTEC) | A | Dividend | | | Sold | 03/07/18 | J | A | |
| 70. First Trust ETF II Indls Prod Durable Alphadex Fund Annual (FXR) | A | Dividend | | | Sold | 03/07/18 | J | A | |
| 71. First Trust ETF VI NASDAQ BK ETF (FTXO) | A | Dividend | | | Sold | 03/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLER, GRAY H.** | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ GRAY H. MILLER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544